# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JESUS JOSE SIFUENTES,
ADC #151289                                                 PLAINTIFF

V.                        4:14CV00606 JM/JTR

GRANT HARRIS,
Chief Deputy Director, ADC, et al.                 DEFENDANTS

## ORDER

On November 4, 2014, the Court denied Plaintiff's Motion for Appointment of Counsel. *Doc. 5.* Since that time, Plaintiff has filed a Second Motion for Appointment of Counsel and a Motion for Reconsideration of the November 4, 2014 Order. *Docs. 6 & 7.* However, he has not provided a valid reason for the Court to reconsider its determination that the appointment of counsel is unwarranted at this time.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Appointment of Counsel *(Doc. 6)* is DENIED.

2. Plaintiff's Motion for Reconsideration *(Doc. 7)* is DENIED.

Dated this 2nd day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE