# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JESUS JOSE SIFUENTES,
ADC #151289                                                                           PLAINTIFF

V.                              4:14CV00606 JM/JTR

GRANT HARRIS, Chief Deputy Director,
Arkansas Department of Correction, et al.                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (*Doc. 21*) is DENIED.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 13th day of March, 2015.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JESUS JOSE SIFUENTES,
ADC #151289                                                                                         PLAINTIFF

V.                                         4:14CV00606 JM/JTR

GRANT HARRIS, Chief Deputy Director,
Arkansas Department of Correction, et al.                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (*Doc. 21*) is DENIED.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE